1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  JUAN and JUANA DOMINGUEZ,

9          Plaintiff,                                No. 09-3611  EDL

10     v.                                            **ORDER CONTINUING FACT**
   EXCEL MANUFACTURING, INC.,                        **DISCOVERY CUTOFF AND**
11                                                   **DISPOSITIVE MOTION DEADLINE**

12          Defendant.
   _____/

13

14       This is a personal injury action against a machine manufacturer relating to serious injuries

15  sustained by Plaintiff during his use of a "horizontal baler" machine" in the course of his

16  employment.  In its Case Management Order, the Court set a fact discovery cutoff of August 10,

17  2010.  On August 9, 2010, Plaintiff filed a letter requesting a 30 day extension of the fact discovery

18  cutoff because: (1) Plaintiff noticed Defendant's deposition for August 9, but Defendant asked to

19  reschedule; and (2) third-party discovery relating to photographs by CAL-OSHA and Pleasant Paper

20  photographs has not been completed, though Plaintiff believed that the photographs in question were

21  in Defendant's possession.  Defendant responded by letter on August 10, stating that it has no

22  objection to extending time for discovery of the photographs.  Defendant noted that it attached three

23  photographs it received from CAL-OSHA to its settlement conference statement (though it is unclear

24  if this statement and the attached photos were provided to Plaintiff), and that has not received any

25  photographs from Pleasant Paper in response to a subpoena and person most knowledgeable

26  deposition notice.  Defendant also stated that it will produce its corporate designee on a mutually

27  agreeable date, and that the unfinished depositions of Plaintiff and his wife will also continue on a

28  mutually agreeable date.

       It appears that both parties have not completed fact discovery prior to the cutoff, and are in

agreement that an extension is needed to obtain the discovery discussed above.  Good cause

1   appearing, the Court hereby Orders as follows:

2   •   The fact discovery cutoff is continued from August 11 to September 10, 2010 for the limited

3       purpose of completing the depositions of Plaintiff and his wife and Defendant's corporate

4       designee, and attempting to obtain the photographs sought from CAL-OSHA and Pleasant

5       Paper;

6   •   If it has not already done so, Defendant is ordered to produce the photographs it received from

7       CAL-OSHA;

8   •   The last day for hearing dispositive motions is continued from October 5 to October 26, 2010.

9       All other dates set forth in the Case Management Order, as modified by the June 11, 2010

10      Order, remain in place.

11

12      IT IS SO ORDERED.

13

14  Dated: August 12, 2010

15                                                  _____
                                                    ELIZABETH D. LAPORTE
16                                                  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2