IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN and JUANA DOMINGUEZ,

    Plaintiff,

v.

EXCEL MANUFACTURING, INC.,

    Defendant.

No. 09-3611 EDL

**ORDER REGARDING CERTIFICATION OF FACTS SUPPORTING ENTRY OF JUDGMENT OF CONTEMPT**

    This Court has received the Certification of Facts Supporting Entry of Judgment of Contempt entered by Judge Zimmerman, as well as the declaration of Laura Flynn in response. The Court will not decide the matter of contempt at this time, but will address the issues raised in these documents at the conclusion of the case.

    IT IS SO ORDERED.

Dated: August 25, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge