IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN and JUANA DOMINGUEZ,

    Plaintiff,

v.

EXCEL MANUFACTURING, INC.,

    Defendant.

_____/

No. 09-3611  EDL

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**

This is a personal injury action against a machine manufacturer relating to injuries sustained by Plaintiff during his use of a "horizontal baler" machine" in the course of his employment.  Fact discovery closed on August 10, 2010.  On August 17, 2010, the last day to file the motion under Local Rule 26-2, Plaintiff filed a motion to compel relating to his request for production of documents.  For the reasons stated during oral argument, Plaintiff's Motion is GRANTED IN PART and DENIED IN PART.  Defendant is hereby Ordered to provide a declaration of the person most knowledgeable with respect to Defendant's search efforts regarding safety labels, and the parties are Ordered to further meet and confer on this issue.  With respect to requests 5 and 10, Defendant's objection that the information is equally available to Plaintiff is overruled.  Defendant is Ordered to produce documents responsive to these requests that are within its custody or control.

**IT IS SO ORDERED.**

Dated: September 21, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge